IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHAWN SANDERS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT LINK *et al.*, | : | |
| Respondents. | : | No. 16-4318 |

# O R D E R

**AND NOW**, this 15th day of May, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* filed by Petitioner Lashawn Sanders (Doc. No. 1), the Response thereto (Doc. No. 7), Petitioner's Reply (Docket No. 9), Magistrate Judge Elizabeth Hey's Report & Recommendation (Doc. No. 11), and Petitioner's Objection to the Report & Recommendation (Doc. No. 13), it is hereby **ORDERED** that:

1. The Petitioner's Objections (Doc. No. 13) are **OVERRULED**.[1]

2. The Report & Recommendations are **APPROVED** and **ADOPTED**.

3. The Petition for Writ of *Habeas Corpus* (Doc. No. 1) is **DISMISSED** with prejudice without an evidentiary hearing.

4. There is no probable cause to issue a certificate of appealability.[2]

---

[1] The Court agrees with Magistrate Judge Hey that Mr. Sanders's petition is untimely under 28 U.S.C. § 2244(d). *See* Report & Recommendation at 4. Further, the Court agrees with Magistrate Judge Hey that Mr. Sanders has not alleged facts sufficient to show that he is entitled to equitable tolling. *See id.* at 6. To the extent Mr. Sanders's objections go to the underlying merits of his case, the Court finds his arguments moot.

[2] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230 (3d Cir. 2004). The Court agrees with Magistrate Judge Hey that there is no probable cause to issue such a certificate in this action.

5.       The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE